This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**DONALD RAY BISHOP,**

Petitioner-Appellant,

v.                                                                            **NO. 32,597**

**LEA COUNTY COMMISSIONER,**
**DISTRICT 1, JOHN DOE I,**
**LEA COUNTY COMMISSIONER,**
**DISTRICT 2, JOHN DOE II,**
**LEA COUNTY COMMISSIONER,**
**DISTRICT 3, JOHN DOE III,**
**LEA COUNTY COMMISSIONER,**
**DISTRICT 4, JOHN DOE IV,**
**LEA COUNTY COMMISSIONER,**
**DISTRICT 5, JOHN DOE V,**

Respondents-Appellees.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**William G. W. Shoobridge, District Judge**

Donald Ray Bishop
Las Cruces, NM

Pro se Appellant

Maddox, Holloman & Kirksey, P.C.

Lee A. Kirksey
Hobbs, NM

for Appellees

## MEMORANDUM OPINION

**WECHSLER, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     DISMISSED.

{3}     **IT IS SO ORDERED.**

                                     _____
                                     **JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**J. MILES HANISEE, Judge**